**No. 57519.**—Lord & Taylor *v.* United States, protest 204480–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiff was sustained.